IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HEATHER LUCAS, on behalf of herself and similarly situated employees,<br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>HEARTFELT HOME HEALTHCARE, INC.,<br>　　　　　　　　　　Defendant. | :<br>:<br>:<br>: 1:20-cv-00029-WSH<br>:<br>:<br>:<br>:<br>:<br>: |

**PLAINTIFFS' UNOPPOSED MOTION FOR APPROVAL**
**OF THE FAIR LABOR STANDARDS ACT SETTLEMENT**

Having resolved this Fair Labor Standards Act ("FLSA") collective action lawsuit Originating Plaintiff Heather Lucas ("Lucas") and two (2) additional opt-in plaintiffs (Aaliyah Tangle and Jordan Khaalis) (collectively "Plaintiffs") now respectfully move for judicial approval of the settlement. Defendant Heartfelt Home Healthcare, Inc. ("Defendant") does not oppose this motion. The Collective Action Settlement Agreement ("Agreement") is attached, *see* Doc. 26-1, along with a declaration by the undersigned counsel addressing the fee lodestar and out-of-pocket expenses, and the Plaintiffs' reaction to the settlement, *see* Doc. 26-2. As indicated, the settlement requires Defendant to pay $50,000.00 to be distributed as follows: (i) $33,333.00 will be paid to the three Plaintiffs;[1] and (ii) $16,667.00 will be paid to Plaintiffs' counsel at Winebrake & Santillo, LLC. *See* Doc. 26-1 at ¶¶ 2, 5-6.

This Court has previously observed that in the absence of Third Circuit guidance, district courts within this Circuit generally examine whether the proposed resolution is "a 'fair and reasonable resolution of a *bona fide* dispute over FLSA provisions.'" *Fletcher v. Campbell*

---

[1] Defendant also will pay all employer-side taxes and withholdings associated with this $33,333.00 payment.

*Development LLC*, 2020 U.S. Dist. LEXIS 236208, *2 (W.D. Pa. Dec. 16, 2020).

Plaintiffs submit that the settlement is fair, reasonable, and adequate, and, therefore, warrants this Court's approval because, *inter alia*: (a) it resolves a *bona fide* dispute between the parties; (b) after reductions for the proposed attorney's fees and costs, Plaintiffs will receive individual settlement payments equal to approximately 87% of their alleged unpaid wages; (c) the proposed award of in attorney's fees and costs represents 33% of the settlement fund and is less than Plaintiffs' counsel's lodestar in this case; (d) each of the Plaintiffs have executed the Agreement demonstrating their approval of the settlement.

**WHEREFORE**, Plaintiffs respectfully request that the Court sign and enter the accompanying proposed order approving the settlement of the above-captioned FLSA collective action.

Date: January 27, 2020

Respectfully,

/s/

Peter Winebrake
R. Andrew Santillo
Mark J. Gottesfeld
WINEBRAKE & SANTILLO, LLC
715 Twining Road, Suite 211
Dresher, PA 19025
(215) 884-2491

*Plaintiffs' Counsel*

2