IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HEATHER LUCAS, on behalf of herself and similarly situated employees,<br><br>Plaintiff,<br><br>v.<br><br>HEARTFELT HOME HEALTHCARE, INC.,<br><br>Defendant. | Civil Action No. 1:20-cv-29 |

**ORDER OF COURT**

AND NOW, this 3rd day of February, 2021, upon consideration of Plaintiffs' Unopposed Motion for Approval of the Fair Labor Standards Act Settlement (Docket No. 26), the parties' proposed Settlement Agreement (Docket No. 26-1), Declaration of Attorney R. Andrew Santillo (Docket No. 26-2), and Memorandum of Law In Support of Unopposed Motion for Approval of the Fair Labor Standards Act Settlement (Docket No. 27), **IT IS HEREBY ORDERED** that the Motion is **GRANTED** and such settlement is **APPROVED** because it represents a fair and reasonable settlement of a bona fide dispute regarding overtime premium compensation for three identified opt-in Plaintiffs pursuant to the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq*. *See Vargas v. General Nutrition Centers, Inc.*, 2015 WL 4155449 at *1 (W.D. Pa. Mar. 20, 2015). In addition, the award of attorney's fees and costs as contained in the proposed Settlement Agreement is also fair and reasonable and thus **APPROVED**.

**IT IS FURTHER ORDERED** that this action is **DISMISSED WITH PREJUDICE**, although the Court will retain jurisdiction over any disputes pertaining to the enforcement of the settlement. The Clerk of Court shall mark the case closed.

*s/ W. Scott Hardy*
W. Scott Hardy
United States District Judge

cc/ecf:  All counsel of record